IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KATIE BROKAW**                                                              **PLAINTIFF**

v.                             Case No. 4:24-cv-833-JM

**GOODWILL INDUSTRY OF ARKANSAS**                      **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ORDERED this 28th day of October, 2024.

_____
UNITED STATES DISTRICT JUDGE